Fill in this information to identify your case:

United States Bankruptcy Court for the:

Central District of California

Case number (If known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | DLJJ & Associates, LLC | |
| 2. All other names debtor used in the last 8 years<br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 95-3653314 | |
| 4. Debtor's address | **Principal place of business**<br>1801 South La Cienega Blvd.<br>Number   Street<br>Ste. 301<br><br>Los Angeles         CA    90035<br>City                State   ZIP Code<br><br>Los Angeles County<br>County | **Mailing address, if different from principal place of business**<br>Number   Street<br><br>P.O. Box<br><br>City                State   ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>4347 Marina Drive<br>Number   Street<br><br>Santa Barbara, CA  93110<br>City                State   ZIP Code |
| 5. Debtor's website (URL) | | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Official Form 201                        Voluntary Petition for Non-Individuals Filing for Bankruptcy                        page 1

1

Debtor  **DLJJ & Associates, LLC**  Case number (if known) _____
_____ Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*
☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
**6519**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When ___/___/_____  Case number _____
                                    MM / DD / YYYY
        District _____  When ___/___/_____  Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes.  Debtor **1604 Sunset Plaza, LLC**   Relationship **Business Partner**
        District **Cent. Dist. of CA, Los Angeles**   When **12/09/2021**
                                                              MM / DD / YYYY
        Case number, if known **2:21-bk-19157-ER**

Debtor    DLJJ & Associates, LLC                                                    Case number (if known)_____
         Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?_____
                     Number    Street

_____
City                                State    ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49            ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99           ☐ 5,001-10,000        ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☒ $10,000,001-$50 million         ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million        ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million       ☐ More than $50 billion

Debtor  DLJJ & Associates, LLC _____   Case number (if known)_____
         Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/14/2021
              MM / DD / YYYY

X /s/ Annette Rubin                              Annette Rubin
Signature of authorized representative of debtor  Printed name

Title  Manager

**18. Signature of attorney**

X /s/ Michael Chekian                    Date  12/14/2021
Signature of attorney for debtor                MM / DD / YYYY

Michael Chekian
Printed name

Chekian Law Office, Inc.
Firm name

445 South Figueroa Street 31st Floor
Number    Street

Los Angeles                              CA            90071
City                                     State         ZIP Code

310 390 5529                             mike@cheklaw.com
Contact phone                            Email address

165026                                   CA
Bar number                               State

## UNANIMOUS WRITTEN CONSENT OF MANAGER OF
## DLJJ & ASSOCIATES, LLC

Annette Rubin ("Manager"), the sole member and manager of DLJJ & Associates, LLC, a California limited liability company ("DLJJ") adopts the following resolution by unanimous written consent:

**WHEREAS**, Manager has reviewed DLJJ's current financial and legal situation and determined it is in the best interest of DLJJ and its creditors to seek relief by filing a Chapter 11 bankruptcy ("Bankruptcy"); and,

**WHEREAS**, Manager is authorized to make decisions for DLJJ and she is authorized and empowered, on behalf of and in the name of DLJJ, to execute, deliver, verify and/or file or cause to be filed all documents necessary or appropriate in connection with the filing of said Bankruptcy petition and it is

**RESOLVED**, that Chekian Law Office, Inc. and Michael Chekian, Esq., is hereby retained as the attorney for the DLJJ in all matters related to the Bankruptcy.

Effective this 14th day of December, 2021

/s/ _____Annette Rubin_____
Name: Annette Rubin
Title: Manager, DLJJ

Fill in this information to identify the case and this filing:

Debtor Name: __DLJJ & Associates, LLC__

United States Bankruptcy Court for the: __Central District of California__

Case number (*If known*): _____

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/14/2021__         X /s/ Annette Rubin
MM / DD / YYYY                        Signature of individual signing on behalf of debtor

                                      Annette Rubin
                                      Printed name

                                      Manager
                                      Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: DLJJ & Associates, LLC

United States Bankruptcy Court for the: Central District of California

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Avila Builders<br>616 Eucalyptus Ave. #5<br>Santa Barbara, CA, 93101 | | | | | | 7,892.16 |
| 2 | Lee & Sons Plumbing & Heating<br>806 East Hanley Street<br>Santa Barbara, CA, 93103 | | | | | | 5,064.00 |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor   DLJJ & Associates, LLC
         _____
         Name

Case number (*if known*)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Chekian<br>445 South Figueroa Street 31st Floor<br>Los Angeles, CA 90071<br>310 390 5529   -Voice<br>310 451 0739  -Facsimile<br>165026     -SBN<br>mike@cheklaw.com    -email<br><br>☐ Debtor(s) appearing without attorney<br>☑ Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>DLJJ & Associates, LLC | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 3 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 12/14/2021

/s/  Annette Rubin, Manager
Signature of Debtor 1

Date: 12/14/2021

Signature of Debtor 2 (joint debtor) (if applicable)

Date: 12/14/2021

/s/ Michael Chekian
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                            9                              F 1007-1.MAILING.LIST.VERIFICATION

**Annette Rubin**
c/o DLJJ & Associates, Inc.
1801 South La Cienega Blvd., Ste. 301
Los Angeles, CA 90035


**Avila Builders**
616 Eucalyptus Ave. #5
Santa Barbara, CA 93101


**Bank Hapoalim, B.M.**
c/o Gary Luks, Esq.
1177 Avenue of Americas
New York, NY 10036


**Bank Hapoalim, B.M.**
Buchalter c/o Russell Allyn, Esq.
1000 Wilshire Blvd., Ste. 1500
Los Angeles,  90017


**Bank Of America**
700 Lousiana Street
4th floor
Houston, TX 77002


**COUNTY OF SANTA BARBARA- Assessor Division**
105 E. Anapamu St
Room 204
Santa Barbara, CA 93101


**Daniel and Hillary Wallace**
c/o Lisa Rosenthal, Esq.
6016 Fallbrook Ave., Ste. 101
Woodland Hills, CA 91367


**Daniel Wallace and Hillary Wallace**
c/o Daniel Wallace, Esq.
6845 Amestoy Avenue
Balboa, CA 91406

**Franchise Tax Board Bankruptcy Section, MS: A**
**P. O. Box 2952**
**Sacramento, CA 95812**


**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**


**Lee & Sons Plumbing & Heating**
**806 East Hanley Street**
**Santa Barbara, CA 93103**


**Preferred Bank**
**601 South Figueroa Street**
**Los Angeles, CA 90017**


**Preferred Bank**
**1801 Century Park East**
**Ste. 100**
**Los Angeles, CA 90067-2303**


**Preferred Bank**
**9350 Flair Drive**
**Suite 425**
**El Monte, CA 91731**


**Preferred Bank**
**c/o Michael Bubman, Esq.**
**21860 Burbank Boulevard, Suite 360**
**Woodland Hills, CA 91367**


**Preferred Bank**
**c/o Lender's Foreclosure Services**
**P.O. Box 92086**
**City of Industry, CA 91715-2086**

Prestige Pool and Brandon Ruiz
c/o Raymond Myer, Esq.
100 W. Arrellaga Street
Santa Barbara, CA 93101


Prestige Pool Services
9450 SW Gemini Drive
Beaverton, OR 97008-7105


Surface Solutions Custom Painting
P.O. Box 92240
Santa Barbara, CA 93190


Surface Solutions Custom Painting
c/o Shanen Prout, Esq.
11400 W. Olympic Blvd., Ste. 700
Los Angeles, CA 90064